**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **GREATER DC DIAPER BANK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.: 1:26-cv-02900** |
| **v.** | ) | |
| | ) | |
| **WWDC INDUSTRIAL PARK, LLC, and DONOHOE REAL ESTATE SERVICES, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF AND PETITION FOR REMOVAL**

Petitioner/Defendant **WWDC INDUSTRIAL PARK, LLC** ("WWDC") by counsel, and pursuant to 28 U.S.C. §1441 *et. seq.*, hereby files this Notice of and Petition for Removal of this action, from the Superior Court for the District of Columbia, in which it is now pending, to the United States District Court for the District of Columbia ("Petition"), and in support thereof, respectfully states as follows:

1. WWDC has been named in a suit filed in the Superior Court of the District of Columbia, Case No.: 2026-CAB-004696. Suit was filed on July 9, 2026.

2. Defendant was served on July 17, 2026. Therefore, this Notice and Petition is timely pursuant to Title 28 U.S.C. § 1446(b)(1).

3. A Copy of the Summons, Complaint, and all related documents, as filed in the Superior Court of the District of Columbia, are attached as **Exhibits A**.

4. The above-entitled matter is a civil action arising out Defendants' alleged breach of a commercial lease of real property located in Maryland, which has allegedly caused damages to Plaintiff's non-profit business.

5. Plaintiff's Complaint demands compensatory damages in the amount of Seven Hundred Seventy-Five Thousand Dollars and Zero Cents ($775,000.00).

6. As alleged in the Complaint, Plaintiff's business incorporated in Washington, D.C.

7. WWDC is a Marland limited liability company with its principal place of business in Rockville, Maryland.

8. Defendant Donohoe Real Estate Services is a trade name for The Donohoe Companies, which is a Delaware corporation with its principal place of business and corporate headquarters in Bethesda, Maryland. Defendant Donohoe Real Estate Services consents to this removal.

9. As demonstrated above, the above-entitled action is one in which this Court has jurisdiction pursuant to Title 28 U.S.C. § 1332(a)(1) as there is complete diversity among Plaintiff and Defendants. In addition, the amount in controversy exceeds the jurisdictional threshold of $75,000.00 pursuant to Title 28 U.S.C. § 1332(a). Therefore, Defendants are entitled to remove this action to this Court under Title 28 U.S.C. §1441(b).

10. WHEREFORE, Petitioner/Defendant, **WWDC INDUSTRIAL PARK, LLC**, respectfully request that the above-entitled action be removed from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

Respectfully submitted this 17th day of August, 2026.

**WWDC INDUSTRIAL PARK, LLC,**

By Counsel:

/s/ Joshua M. Hoffman /s/

Joshua M. Hoffman, Esq. (DC Bar #495390)
FRANKLIN & PROKOPIK, P.C.
2325 Dulles Corner Blvd., Suite 1150

Herndon, Virginia 20171
Telephone: (703) 793-1800
Facsimile: (703) 793-0298
jhoffman@fandpnet.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 17th day of August, 2026, a true and accurate copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, and a courtesy copy of the foregoing was also sent via electronic mail to the following counsel of record:

Michael F. Williams, Esq.
Myra Farooqi, Esq. (*pro hac vice pending*)
Luul Y. Lampkins, Esq.
Kirkland & Ellis LLP
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
mwilliams@kirkland.com
luul.lampkins@kirkland.com
*Counsel for Plaintiff*

Madelaine Katz, Esq.
Rifkin Weiner Livingston LLC
7700 Wisconsin Avenue, Suite 320
Bethesda, MD 20814
Mkatz@rwllaw.com
*Counsel for Defendant, Donohoe Real Estate Services, Inc.*

/s/ Joshua M. Hoffman /s/
Joshua M. Hoffman, Esq. (DC Bar #495390)