WWDC WAREHOUSE BUILDING #6 (BLDG: WWDC6)

Aging By Delinquency Date

# Aged Delinquencies Report

Building Status: Active

Occupancy Status: Current

Report Period: 08/26

| Invoice Date | Category | | Src. | Amount | Current | 1 Month | 2 Months | 3 Months | 4 Months |
|---|---|---|---|---|---|---|---|---|---|
| ***WWDC6-002528*** | ***DC DIAPER BANK*** | | | ***Suite Id:*** | ***8846*** | *Day Due: 1* | *Delq Day: 10* | | |
| *Contact:* | | | | ***Status:*** | ***Current*** | *Last Payment:* | *4/7/2026* | *3,468.80* | |
| | | | | *Master Occupant Id: 00001613-1* | | | | | |
| 12/1/2025 | CAM | COMMON AREA MAINTENAI | CH | 30.78 | 0.00 | 0.00 | 0.00 | 0.00 | 30.78 |
| 1/16/2026 | UTW | UTILITIES (W/S) INCOME | CH | 108.35 | 0.00 | 0.00 | 0.00 | 0.00 | 108.35 |
| 1/27/2026 | UTG | UTILTIES (GAS) INCOME | CH | 366.62 | 0.00 | 0.00 | 0.00 | 0.00 | 366.62 |
| 2/1/2026 | BR | BASE RENT | CH | 2,896.92 | 0.00 | 0.00 | 0.00 | 0.00 | 2,896.92 |
| 2/1/2026 | CAM | COMMON AREA MAINTENAI | CH | 259.28 | 0.00 | 0.00 | 0.00 | 0.00 | 259.28 |
| 2/20/2026 | UTW | UTILITIES (W/S) INCOME | CH | 136.68 | 0.00 | 0.00 | 0.00 | 0.00 | 136.68 |
| 2/26/2026 | UTG | UTILTIES (GAS) INCOME | CH | 367.23 | 0.00 | 0.00 | 0.00 | 0.00 | 367.23 |
| 3/1/2026 | BR | BASE RENT | CH | 2,896.92 | 0.00 | 0.00 | 0.00 | 0.00 | 2,896.92 |
| 3/1/2026 | CAM | COMMON AREA MAINTENAI | CH | 259.28 | 0.00 | 0.00 | 0.00 | 0.00 | 259.28 |
| 3/20/2026 | UTW | UTILITIES (W/S) INCOME | CH | 151.20 | 0.00 | 0.00 | 0.00 | 0.00 | 151.20 |
| 3/27/2026 | UTG | UTILTIES (GAS) INCOME | CH | 373.40 | 0.00 | 0.00 | 0.00 | 0.00 | 373.40 |
| 4/1/2026 | BR | BASE RENT | CH | 2,896.92 | 0.00 | 0.00 | 0.00 | 0.00 | 2,896.92 |
| 4/1/2026 | CAM | COMMON AREA MAINTENAI | CH | 259.28 | 0.00 | 0.00 | 0.00 | 0.00 | 259.28 |
| 4/13/2026 | UTW | UTILITIES (W/S) INCOME | CH | 193.27 | 0.00 | 0.00 | 0.00 | 0.00 | 193.27 |
| 4/23/2026 | UTG | UTILTIES (GAS) INCOME | CH | 125.73 | 0.00 | 0.00 | 0.00 | 0.00 | 125.73 |
| 5/1/2026 | BR | BASE RENT | CH | 2,896.92 | 0.00 | 0.00 | 0.00 | 2,896.92 | 0.00 |
| 5/1/2026 | CAM | COMMON AREA MAINTENAI | CH | 259.28 | 0.00 | 0.00 | 0.00 | 259.28 | 0.00 |
| 5/26/2026 | UTG | UTILTIES (GAS) INCOME | CH | 38.89 | 0.00 | 0.00 | 0.00 | 38.89 | 0.00 |
| 6/1/2026 | BR | BASE RENT | CH | 2,896.92 | 0.00 | 0.00 | 2,896.92 | 0.00 | 0.00 |
| 6/1/2026 | CAM | COMMON AREA MAINTENAI | CH | 259.28 | 0.00 | 0.00 | 259.28 | 0.00 | 0.00 |
| 6/17/2026 | CAM | COMMON AREA MAINTENAI | CH | 214.18 | 0.00 | 0.00 | 214.18 | 0.00 | 0.00 |
| 6/17/2026 | PCM | PRIOR YEAR CAM RECONCIL | CH | 339.16 | 0.00 | 0.00 | 339.16 | 0.00 | 0.00 |
| 6/29/2026 | UTG | UTILTIES (GAS) INCOME | CH | 31.98 | 0.00 | 0.00 | 31.98 | 0.00 | 0.00 |
| 7/1/2026 | BR | BASE RENT | CH | 2,896.92 | 0.00 | 2,896.92 | 0.00 | 0.00 | 0.00 |
| 7/1/2026 | CAM | COMMON AREA MAINTENAI | CH | 294.98 | 0.00 | 294.98 | 0.00 | 0.00 | 0.00 |
| 7/29/2026 | UTG | UTILTIES (GAS) INCOME | CH | 33.56 | 0.00 | 33.56 | 0.00 | 0.00 | 0.00 |
| 7/30/2026 | LGF | LEGAL FEES | CH | 2,372.00 | 0.00 | 2,372.00 | 0.00 | 0.00 | 0.00 |
| 8/1/2026 | BR | BASE RENT | CH | 2,896.92 | 2,896.92 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8/1/2026 | CAM | COMMON AREA MAINTENAI | CH | 294.98 | 294.98 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8/14/2026 | UTW | UTILITIES (W/S) INCOME | CH | 794.98 | 794.98 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8/17/2026 | RTX | REAL ESTATE TAX PASSTHRL | CH | 2,657.56 | 2,657.56 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **DC DIAPER BANK Total:** | | | **30,500.37** | **6,644.44** | **5,597.46** | **3,741.52** | **3,195.09** | **11,321.86** |
| | **BLDG WWDC6 Total:** | | | **30,500.37** | **6,644.44** | **5,597.46** | **3,741.52** | **3,195.09** | **11,321.86** |
| | | **Grand Total:** | | **30,500.37** | **6,644.44** | **5,597.46** | **3,741.52** | **3,195.09** | **11,321.86** |

EXHIBIT
B