**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GREATER DC DIAPER BANK,<br><br>Plaintiff,<br><br>v.<br><br>WWDC INDUSTRIAL PARK, LLC and DONOHOE REAL ESTATE SERVICES, INC.,<br><br>Defendants. | Case No. 1:26-cv-02900-TJK |
| WWDC INDUSTRIAL PARK, LLC,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>GREATER DC DIAPER BANK,<br><br>Counterclaim Defendant. | |

**JOINT MOTION TO TRANSFER**

Pursuant to 28 U.S.C. § 1404(a), Plaintiff/Counterclaim Defendant Greater DC Diaper Bank ("The Diaper Bank"), Defendant/Counterclaim Plaintiff WWDC Industrial Park, LLC ("WWDC"), and Defendant Donohoe Real Estate Services, Inc. ("Donohoe," collectively with WWDC and The Diaper Bank, the "Parties") respectfully jointly request that the Court transfer this action to the United States District Court for the District of Maryland. Transfer of this action is appropriate because the District of Maryland is more convenient for the parties and witnesses, and serves the interest of justice.

This case arises from Defendants' alleged breach of a commercial lease agreement and related conduct concerning a warehouse space located in Silver Spring, Maryland, owned by Landlord, WWDC, managed by Landlord's property manager, and leased to The Diaper Bank during the relevant period.

Under 28 U.S.C. § 1404(a), "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." 28 U.S.C. § 1404(a). Transfer to the District of Maryland serves the considerations of convenience and the interest of justice. This dispute arises from a lease agreement governed by Maryland law and conduct relating to a commercial property located in Maryland. All Parties employ individuals who reside or work in and around Maryland, some of whom have relevant knowledge about the alleged conduct in this case and may be called as witnesses in future proceedings. Because the property at issue, law governing the lease agreement, the Parties, and potential witnesses are localized in Maryland, Maryland is the forum most convenient to the Parties and witnesses and best suited to serve the interest of justice. Per Local Civil Rule 7(m), the Parties met and conferred and all consent to the joint transfer of this case to the District of Maryland and stipulate that venue is proper in the District of Maryland.

Therefore, the Parties respectfully request that this Court enter an Order to transfer this case to the United States District Court for the District of Maryland. A proposed order is attached hereto.

Dated: September 11, 2026

Respectfully submitted,

*/s/ Michael F. Williams*

Michael F. Williams (D.C. Bar No. 486190)
Jasmeene M. Burton (*pro hac forthcoming*)
Luul Y. Lampkins (*pro hac forthcoming*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
mwilliams@kirkland.com
jasmeene.burton@kirkland.com
luul.lampkins@kirkland.com

Myra Farooqi (*pro hac forthcoming*)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
myra.farooqi@kirkland.com

*Counsel for Plaintiff/Counterclaim Defendant Greater DC Diaper Bank*

*/s/ Michael T. Marr (with consent)*

Michael T. Marr, Esq. (Bar No. VA48536)
Madelaine A. K. Katz, Esq. (DC Bar No. 1012001)
Rifkin Weiner Livingston LLC
7700 Wisconsin Avenue, Suite 320
Bethesda, Maryland 20814
mmarr@rwllaw.com
mkatz@rwllaw.com
301-951-0150
301-951-0172 (fax)

*Counsel for Defendant Donohoe Real Estate Services, Inc. and Counterclaim Plaintiff WWDC Industrial Park, LLC For the Purposes of the Counterclaim Only*

*/s/ Joshua M. Hoffman (with consent)*

Joshua M. Hoffman, Esq. (DC Bar #495390)
FRANKLIN & PROKOPIK, P.C.
2325 Dulles Corner Blvd., Suite 1150
Herndon, Virginia 20171
Telephone: (703) 793-1800
Facsimile: (703) 793-0298
jhoffman@fandpnet.com

*Counsel for Defendant WWDC Industrial Park, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send e-mail notification of this filing to all counsel of record.

*/s/ Michael F. Williams*
Michael F. Williams